JS-6

UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA

RYAN DOLYE,                                ) CASE NO. 2:24-cv-10210-TJH-KS
                                           )
        Plaintiff,                         ) [PROPOSED] JUDGMENT OF
                                           )  REMAND
        v.                                 )
                                           )
FRANK BISIGNANO,                           )
    Commissioner of Social Security,       )
                                           )
        Defendant.                         )
                                           )
                                           )

The Court having approved the parties' Stipulation to Voluntary Remand Pursuant to Sentence Four of 42 U.S.C. Section 405(g) and to Entry of Judgment ("Stipulation to Remand") lodged concurrently with the Judgment of Remand, IT IS HEREBY ORDERED, ADJUDGED, AND DECREED that the above captioned action is remanded to the Commissioner of Social Security for further proceedings consistent with the terms of the Stipulation to Remand.

Dated: May 19, 2025

HONORABLE KAREN L. STEVENSON
UNITED STATES MAGISTRATE JUDGE