UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| RYAN DOYLE,<br><br>        Plaintiff,<br><br>  vs.<br><br>FRANK BISIGNANO,[1]<br>Acting Commissioner of Social Security,<br><br>        Defendant. | Case No. 2:24-cv-10210-TJH-KS<br><br>**ORDER AWARDING EAJA FEES** |

WHEREAS The Plaintiff has filed a joint motion for seeking an award of attorney's fees pursuant to the Equal Access to Justice Act; it is hereby

ORDERED that the Plaintiff's joint motion for attorney's fees is GRANTED and Plaintiff is awarded $8,000.00 in attorney's fees.

Under *Astrue v. Ratliff*, 130 S. Ct. 2521, 2528-29 (2010), EAJA fees belong to Plaintiff and are subject to offset under the Treasury Offset Program, 31 U.S.C. § 3716(c)(3)(B). If, after receiving the Court's EAJA fee order, the Commissioner determines that Plaintiff has assigned the right to EAJA fees to counsel and Plaintiff

---

[1] Frank Bisignano became the Commissioner of Social Security in May 2025. Pursuant to Rule 25(d) of the Federal Rules of Civil Procedure, Frank Bisignano should be substituted for Leland Dudek as the defendant in this suit. No further action need be taken to continue this suit by reason of the last sentence of section 205(g) of the Social Security Act, 42 U.S.C. § 405(g).

does not owe a debt that is subject to offset under the Treasury Offset Program, then EAJA fees may be made payable to Plaintiff's counsel, KONOSKI & PARTNERS, P.C., by either electronic funds transfer or check. If Plaintiff owes a debt under the Treasury Offset Program, any remaining EAJA fees after offset will be made by check payable to Plaintiff.

DATED: June 2, 2025

HON. KAREN L. STEVENSON
CHIEF U.S. MAGISTRATE JUDGE